

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

CARMEN ADAMS

    Plaintiff pro *se*,

v.

CIVIL ACTION FILE NO.

**2:15-CV00106-WCO**

BRAD SMITH, DISTRICT ATTORNEY
FOR BANKS COUNTY

    Defendant(s).

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

This employment discrimination lawsuit is brought under (check only those that apply):

__X__    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

       Attached is the notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

_____   Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE:** To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____   Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE:** To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____   Other (describe) _____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

Plaintiff.    Carmen Adams
              P.O. Box 464
              Homer, Georgia 30547


Defendant(s).

      Brad Smith
      District Attorney Banks County
      144 Yonah-Homer Road
      Suite 13
      Homer, Georgia 30547


## Location and Time

4.   If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

_____

_____

6.  When did the alleged discrimination occur? (State date or time period)

On or about February, 2011 until my termination. Additionally, see attached right-to-sue letter and Paragraph 14 below.

## Administrative Procedures

7.  Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency? Yes

    If you checked "Yes," attach a copy of the charge to this complaint.

8.  Have you received a Notice of Right-to-Sue letter from the EEOC?

    Yes

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _____

9.  If you are suing for **age discrimination,** check one of the following: 60

    _____   days or more have elapsed since I filed my charge of age discrimination with the EEOC

    _____   Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

    Yes _____ **No** _____ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____
_____
_____
_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

    Yes

    No _____ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____
_____
_____
_____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    | | |
    |---|---|
    | _____ | failure to hire me |
    | _____ | failure to promote me |
    | _____ | demotion |
    | _____ | reduction in my wages |
    | __X__ | working under terms and conditions of employment that differed from similarly situated employees |
    | __X__ | harassment |
    | _____ | retaliation |
    | __X__ | termination of my employment |
    | _____ | failure to accommodate my disability |
    | __X__ | other (please specify)   hostile work environment |

13. I believe that **I** was discriminated against because of (check only those that apply):

    | | |
    |---|---|
    | __X__ | my race or color, which is  Hispanic |
    | _____ | my religion, which is |
    | __X__ | my sex (gender), which is  _____ male  __X__ female |
    | __X__ | my national origin, which is |
    | _____ | my age (my date of birth is |
    | _____ | my disability or perceived disability, which is: |

    | | |
    |---|---|
    | _____ | my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation |

    | | |
    |---|---|
    | _____ | other (please specify) |

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

I began my employment with the above-named employer in 1998, as an Investigator. During my employment, I was subjected to a hostile work environment by Sam Skelton, Assistant District Attorney, based on my race and sex which resulted in my discharge.

I did not miss any work days, other than planned vacation during the time I worked for Sam Skelton, even though I was taking care of my life partner, Kyle Bryant, Commander of the Drug Task Force for Habersham County, when he was diagnosed in August, 2011 with A-Plasty Anemia, up to his death in November, 2012.

I feel that Sam Skelton and Carolyn Hooper expected me to quit after Kyle's death and move to Florida. When I didn't, the harassment by both of these people escalated to the point that my health suffered. I was watched constantly and denied information, which made it harder to do my job. I remember being very puzzled by their behavior towards me. It only made me work harder to try to "please them".

Brad Smith, the District Attorney, he never approached me about anything that he wanted me to change. Brad Smith was never present when Sam Skelton verbally abused me by yelling at me, screaming at me to stop lying after "confronting" me with some minor item. I told Brad Smith of the way I was being and treated he did nothing.

15. Plaintiff no longer works for defendant(s)

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?     _____ Yes     _X_ No

   If you checked "Yes," please explain: _____

   _____

   _____

   _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?     _X_ Yes     _____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

   _X_     Defendant(s) be directed to <u>rehire Plaintiff and restore all benefits</u>

   _X_     Money damages (list amounts)
   
   | | |
   |---|---:|
   | Vacation Lost 120 hours | 1,765.00 |
   | Insurance 300/month | 26,700.00 |
   | Matching Funds (3% of gross wages 3400) | 9,078.00 |
   | Wages – net | 169,000.00 |
   | Pain and Suffering | 50,000.00 |
   | TOTAL | $256,643.00 |

   _X_     Costs and fees involved in litigating this case

   _X_     Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the

Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __19__ day of __May__, 20__15__

*Carmen Adams*
CARMEN ADAMS
P.O. Box 464
Homer, Georgia 30547
E-mail address: cadamsga1969@gmail.com
Phone: 706-206-0358